IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RONYELL JONES,

        *Plaintiff,*

v.

CAROLYN W. COLVIN,

        *Defendant.*

CIVIL ACTION
NO. 15-1126

## ORDER

**AND NOW**, this 30th day of September, 2016, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, Ronyell Jones's objections (ECF No. 16) and defendant's response thereto (ECF No. 18), it is hereby **ORDERED** that:

1. Plaintiff's objections are **OVERRULED**;

2. Magistrate Judge Sitarski's Report and Recommendation is **APPROVED** and **ADOPTED**;

3. Plaintiff's Request for Review is **DENIED**;

4. The decision of the Acting Commissioner of Social Security is **AFFIRMED**; and

5. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.